**Form 746** [ODSM Installment Not Paid]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>    Ashlee R McCafferty<br><br>    Debtor(s). | Case No. 20–26869 JTM<br>Chapter 7 |

## ORDER OF DISMISSAL

    The debtor(s) having failed to comply with the Court's Order Approving Payment of Filing Fee in Installments, it is hereby **ORDERED** that this case be dismissed. Outstanding filing fees are still due and owing to the Court. Debtor(s) are ineligible for another Order Approving Payment of Filing Fees in Installments until the outstanding filing fees are paid in full.

Dated and Entered on: December 11, 2020

*/s/ T Marker*

United States Bankruptcy Judge