**Form 746** [ODSM Installment Not Paid]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Ashlee R McCafferty

    Debtor(s).

Case No. 20−26869 JTM
Chapter 7

## ORDER OF DISMISSAL

    The debtor(s) having failed to comply with the Court's Order Approving Payment of Filing Fee in Installments, it is hereby **ORDERED** that this case be dismissed. Outstanding filing fees are still due and owing to the Court. Debtor(s) are ineligible for another Order Approving Payment of Filing Fees in Installments until the outstanding filing fees are paid in full.

Dated and Entered on: December 11, 2020

*/s/ T Marker*

United States Bankruptcy Judge

United States Bankruptcy Court
District of Utah

In re:     Case No. 20-26869-JTM
Ashlee R McCafferty     Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: tdg     Page 1 of 2
Date Rcvd: Dec 11, 2020     Form ID: f746     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashlee R McCafferty, 1065 40th Street, Ogden, UT 84403-2469 |
| 11753334 | | Express Recovery Service, c/o Edwin B. Perry, PO Box 25727, Salt Lake City, UT 84125-0727 |
| 11753336 | + | FEDLOAN SERVICING, POB 60610, Harrisburg, PA 17106-0610 |
| 11753338 | + | Intermountain Healthcare, Attn. Bankrupcty, PO Box 27808, Salt Lake City, UT 84127-0808 |
| 11753345 | + | NAVY FEDERAL CR UN MTG., P.O. BOX 3305, Merrifield, VA 22116-3305 |
| 11753346 | | NISSAN MOTOR ACCEPTANCE, PO BOX 660366, Dallas, TX 75266-0366 |
| 11753348 | + | TBOM/TOTAL CRD, 5109 S BROADBAND LN, Sioux Falls, SD 57108-2208 |
| 11753349 | + | THE BANK OF MISSOURI - T, PO BOX 85710, Sioux Falls, SD 57118-5710 |
| 11753350 | + | THE CBE GROUP INC-FORMER, 131 TOWER PARK DRIVE, PO BOX 900, Waterloo, IA 50704-0900 |
| 11753353 | + | TITANIUM FUNDS LLC, PO Box 509124, San Diego, CA 92150-9124 |
| 11753354 | + | TITANIUM FUNDS LLC, c/o J. Benson Miller, PLLC, 234 E 2300 S, Kaysville, UT 84037-9665 |
| 11753355 | | Total Visa, P.O. Box 85710, Sioux Falls, SD 57118-5710 |
| 11753356 | | Total Visa, PO Box 5220, Sioux Falls, SD 57117-5220 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11753328 | + | EDI: AARGON.COM | Dec 12 2020 04:53:00 | AARGON AGENCY INC, 3025 W SAHARA, Las Vegas, NV 89102-6094 |
| 11753329 | | Email/Text: bpcsbk@gmail.com | Dec 12 2020 01:32:00 | Business & Professional Coll Svc, PO Box 872, Attn: Bankruptcy, Reno, NV 89504-0872 |
| 11753330 | + | Email/Text: bankruptcy@checkcity.com | Dec 12 2020 01:32:00 | Check City, PO Box 970183, Orem, UT 84097-0183 |
| 11753331 | + | Email/Text: bankruptcy@expressrecovery.com | Dec 12 2020 01:32:00 | EXPRESS RECOVERY, PO BOX 26415, Salt Lake City, UT 84126-0415 |
| 11753332 | + | Email/Text: bankruptcy@expressrecovery.com | Dec 12 2020 01:32:00 | EXPRESS RECOVERY INC, 2790 DECKER LAKE DR, Salt Lake City, UT 84119-2057 |
| 11753335 | + | EDI: PHINGENESIS | Dec 12 2020 04:53:00 | FEB DESTINY, PO BOX 4499, Beaverton, OR 97076-4499 |
| 11753337 | + | EDI: IIC9.COM | Dec 12 2020 04:53:00 | I C SYSTEM, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 11753340 | | EDI: IRS.COM | Dec 12 2020 04:53:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11753341 | | Email/Text: modelfinance@aol.com | Dec 12 2020 01:31:00 | MODEL FINANCE COMPANY, 765 THE CITY DR S STE 16, Orange, CA 92868 |
| 11753342 | + | Email/Text: m4u@mny4you.com | Dec 12 2020 01:32:00 | Money 4 You, 1858 W 5150 S Suite #503, Roy, UT 84067-3063 |
| 11753343 | | EDI: NFCU.COM | Dec 12 2020 04:53:00 | NAVY FEDERAL CR UN, POB 3700, Merrifield, VA 22119-3700 |

Case 20-26869 Doc 10 Filed 12/13/20 Entered 12/13/20 22:41:09 Desc Imaged
Certificate of Notice Page 3 of 3

| District/off: 1088-2 | User: tdg | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: f746 | Total Noticed: 32 |

| 11753344 | + EDI: NFCU.COM | Dec 12 2020 04:53:00 | NAVY FEDERAL CR UN, 820 FOLLIN LANE SE, Vienna, VA 22180-4907 |
| --- | --- | --- | --- |
| 11753347 | + Email/Text: premierrecovery@hotmail.com | Dec 12 2020 01:32:00 | Premier Recovery Services, 9160 S 300 W STE 21, Sandy, UT 84070-2657 |
| 11753351 | + Email/Text: bknotices@lac77.com | Dec 12 2020 01:32:00 | TITANIUM FUNDS, 1265 S STATE ST, Clearfield, UT 84015-1602 |
| 11753352 | Email/Text: bknotices@lac77.com | Dec 12 2020 01:32:00 | Titanium Funds LLC, 3081 S State St., Salt Lake City, UT 84115-3832 |
| 11753357 | + Email/Text: EBankruptcy@UCFS.NET | Dec 12 2020 01:33:00 | UNITED CONSUMER FIN SVC, 865 BASSETT, Westlake, OH 44145-1194 |
| 11753358 | + EDI: USAA.COM | Dec 12 2020 04:53:00 | USAA FEDERAL SAVINGS, PO BOX 33009, San Antonio, TX 78265-3009 |
| 11753359 | + EDI: UTAHTAXCOMM.COM | Dec 12 2020 04:53:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |
| 11753360 | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Dec 12 2020 01:31:00 | Yamaha Motor Finance, 6555 Katella Ave, Cypress, CA 90630 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 11753333 | *+ | EXPRESS RECOVERY INC, PO BOX 26415, Salt Lake City, UT 84126-0415 |
| 11753339 | *+ | Intermountain Healthcare, Attn. Bankrupcty, PO Box 27808, Salt Lake City, UT 84127-0808 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Steven R. Bailey tr | trusteebailey@baileylaw.org UT06@ecfcbis.com |
| Theodore Floyd Stokes | on behalf of Debtor Ashlee R McCafferty ted@stokeslawpllc.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3